# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

CHAMBERS OF
NORMA L. SHAPIRO
JUDGE

10614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106
(215) 597-9141

July 6, 2009

The Honorable Bobby R. Baldock
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Financial Disclosure Report
       Calendar Year 2008 Filing

Dear Judge Baldock:

Thank you for your letter of June 29, 2009, requesting further information to close my 2008 Financial Disclosure Report. In Part VII, page 6, line 19, I listed rental property in Hallandale, Florida ██████ which was not in my prior report. This asset was previously owned but was exempt from disclosure because previously it was a ████████████ property rather than a rental property. I am sorry that there was no parenthetical "(X)" alongside the name of the asset.

It became reportable after ████████ died in November, 2007, because I decided I did not want to use it personally in the future but I would rent it instead. I spent a considerable sum making it available for rental and the last time I set foot in the property was two weeks in February 2008 to prepare it for rental. There was no rental income in 2008 but it was rented for the first four months of 2009 and that income will be properly reported in the 2009 Financial Disclosure Report. If the Florida real estate market ever improves, the property may be sold, in which case that transaction will also be properly reported.

Thank you for your inquiry. I hope this information is satisfactory.

Sincerely,



Norma_Shapiro_L

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Norma, Shapiro L. | 2. Court or Organization U.S. District Court, EDPA | 3. Date of Report 05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 10614 United States Courthouse 601 Market Street Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee/Committee Member | Jewish Publication Society |
| 2. Member, Committee on Women in the Profession | Pennsylvania Bar Association |
| 3. Chair, Leadership Development & Recruitment Committee | Pennsylvania Bar Association |
| 4. Co-Chair, Nominating Committee | Pennsylvania Bar Association |
| 5. Member, Awards Committee | Pennsylvania Bar Association |
| 6. Chair, Board of Directors | Violette De Mazia Foundation |
| 7. Secretary, Board of Trustees | Adath Jeshurun Synagogue |
| 8. Member, Standing Committee on Judicial Independence | American Bar Association |
| 9. Member, ABA 2008 John Marshall Award Selection Committee | American Bar Association |
| 10 American Bar Association Representative | Appellate Judges Education Institute, Board of Directors |
| 11 Executrix | Estate ██████████ |

RECEIVED 2009 MAY 18 P 12: 45 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

**2.** _____ _____

**3.** _____ _____

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Albert Einstein Medical Center 403(b) (Tax shelter Prudential Insurance Co. America) |
| 2. 2008 | Albert Einstein Medical Center - Pension ( ▮▮▮ deceased November 29, 2007) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Association (ABA) | 02/08/08 - 02/10/08 | Los Angeles, CA | Midyear Meeting | Transportation, meals & lodging. |
| 2. ABA | 05/29/08 - 05/31/08 | Boston, MA | Stndng Comm.Jud.Indep end. | Transportation, meals & lodging. |
| 3. ABA | 08/07/08 - 08/10/08 | New York, NY | Annual Meeting | Transportation, meals & lodging. |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mellon Bank (Checking Acct.) | A | Interest | J | T | | | | | |
| 2. Firstrust Checking Accts. | A | Interest | J | T | | | | | |
| 3. Firstrust Savings Accounts | A | Interest | J | T | | | | | |
| 4. Alliance Bernstein Cap Reserve | A | Dividend | J | T | | | | | |
| 5. Wachovia | A | Interest | J | T | Closed | 2/18 | J | | |
| 6. State of Israel Savings Bonds | A | Interest | J | T | | | | | |
| 7. Bank MBNA (Y) | | | | | | | | | |
| 8. Bank of America | A | Interest | J | T | | | | | |
| 9. Calamos Global Dynamic | B | Dividend | K | T | | | | | |
| 10. Eaton Vance Enhanced Eq. Inc. | A | Dividend | K | T | | | | | |
| 11. Vv Finance | A | Dividend | J | T | | | | | |
| 12. Oppenheimer PA Municipal Bond | B | Dividend | K | T | | | | | |
| 13. Claymore Securities Defined Portfolios (Y) | | | | | | | | | |
| 14. Van Kampen Cohen & Steers, Inc. Fd. | B | Dividend | J | T | | | | | |
| 15. Claymore Closed End | A | Dividend | J | T | Sold | 5/13 | L | A | |
| 16. Life Strategy Mod. Growth - IRA | D | Dividend | M | T | Bought Redeemed | 4/08 4/08 | M J | A | |
| 17. STAR Fund - IRA | D | Dividend | M | T | Bought | 4/08 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Advisors Disciplined TR Unit 224 Cusip: ▆▆▆▆ | A | Interest | K | T | Bought | 5/13 | K | | |
| 19. Rental Property, Hallandale, FL ▆▆▆ | None | Rent | N | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norma, Shapiro L. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional information, Section I - Positions:

Numbers 1, 2, 4, 5, 7, 8, 9, 10     These are non-profit organizations. I have no control over the expenditures of these organizations, although with effort I could ascertain their assets.

Number 6     This is a 501(c)(3) charitable organization. I do vote on the expenditure of funds together with the other four Directors; I receive no compensation. The total assets of this organization at the end of 2008 was the amount of approximately $9,000,000.

██████████████████ died on November 27, 2007. His Will names me the Executrix and sole beneficiary of his estate.

His assets, listed under Section VII, became assets of the Estate ██████████████ in 2008, they were transferred to a Tax Exempt Marital Trust and rolled over into my Vanguard IRA. All assets listed in Section VII which were in his name prior to his death were in the Estate ████████████ at year end and transferred to the Tax Exempt Marital Trust in 2008. Bank accounts that were previously ███ accounts are now titled in my name only.

Certain insurance proceeds were received from Metropolitan Life and Northwestern Mutual Insurance Company. Minimal amounts of interest on accounts opened by the insurance companies were received until I withdrew the funds and transferred them to savings or checking accounts in my name.

Section VII
Line 19. The appraisal date is 2/11/08.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544